■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN AMANTE, Appellant. [660 NYS2d 589] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Aiello, J.), rendered July 12, 1990, convicting him of enterprise

corruption, murder in the second degree (two counts), attempted murder in the second degree (three counts), assault in the first degree, and criminal possession of a weapon in the second degree (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's claim that the court violated CPL 310.20 (2) when it submitted a verdict sheet that contained seven notes instructing the jury on the order in which the charges should be considered. The notes involved herein were simply "direction[s] regarding the order in which the submitted charges should be considered" *(People v Cole,* 85 NY2d 990, 991-992). Such directions are proper *(see, People v Simpson,* 222 AD2d 462; *People v Albornoz-Sinisterra,* 220 AD2d 600; *People v Daughtry,* 202 AD2d 686).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Thompson, J. P., Pizzuto, Friedmann and Krausman, JJ., concur.